**Dated: November 12, 2015**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF JACKSON TENNESSEE

| | |
|---|---|
| IN RE:    ROBERT D. CUPPLES<br>AKA ROBERT DEWAYNE CUPPLES,<br>Debtor. | Case No. 15-11694-JLC<br><br>Chapter 7 |

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** | MOVANT |
| vs. | |
| ROBERT D. CUPPLES<br>AKA ROBERT DEWAYNE CUPPLES, Debtor; and<br>MICHAEL T. TABOR, Trustee, | RESPONDENTS |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PROVISIONS OF THE BANKRUPTCY CODE AND TO REQUIRE THE TRUSTEE TO ABANDON INTEREST IN COLLATERAL

This matter having come before the Court pursuant to the Motion for Relief from the Automatic Stay Provisions of the Bankruptcy Code and to Require the Trustee to Abandon Interest in Collateral filed by Movant, FHLMC, and the Court, being fully advised, finds that the motion is well taken and, therefore, the motion is **GRANTED**.  Pursuant to its request in its motion, Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply.  The Movant, its

Case No. 15-11694
Chapter 7
Order Granting Motion for Relief from the Automatic Stay
Provisions of the Bankruptcy Code and to
Require the Trustee to Abandon Interest in Collateral
Page 2 of 3

successors and assigns, may immediately enforce and implement this order granting relief from the automatic stay. Relief is hereby granted, the collateral is no longer property of the bankruptcy estate, and Movant, its successors and assigns, are free to pursue all remedies, including initiating foreclosure proceedings, against the real property located at 1875 Dry Creek Road, Pinson, TN 38366, said real property being more particularly described as follows:

> **BEGINNING on an iron rod in the west right-of-way of Dry Creek Road and being 25 feet from the center of said road and being 773.02 feet southeast of the north boundary of Phillip R. C. Latham and also being 0.5 mile south of the Madison County line; thence with said road and with the arc of a curve to the right having a radius 307.78 feet a distance of 170.98 feet (chord=south 18° 49' 34" east 168.79 feet) to a point; thence south 6° 05'10" east a distance of 113.68 feet to a point; thence with the arc of a curve to the left having a radius of 795.91 feet a distance of 65.16 feet (chord=south 9° 37' 04" east 65.14 feet) to an iron rod; thence with severance lines through Latham north 85° 34' 32" west a distance of 647.70 feet to an iron rod; thence north 12° 56' 04" west a distance of 345.80 feet to an iron rod; thence south 85° 34' 32" east a distance of 647.70 feet to the point of beginning and containing 5.0 acres more or less as surveyed by Charles E. Lewis Reg. Land Surveyor TN Cert No. 1380 on March 24, 2007.This is the identical real estate conveyed to Robert D. Cuppies and wife, Julie A. Cuppies from Phillip RC Latham, by Warranty Deed dated April 13, 2007, of record in the Register's Office of Chester County, Tennessee in Record Book 299, page 106.**

APPROVED:

Attorneys for Movant

WILSON & ASSOCIATES, P.L.L.C.
5050 Poplar, Suite 1015
Memphis, Tennessee 38157
(901) 578-9914


By:    */s/ Joel W. Giddens*
       Joel W. Giddens (16700)
       James Bergstrom (20622)
       Theodore K. Cummins (24381)

Case No. 15-11694  
Chapter 7  
Order Granting Motion for Relief from the Automatic Stay  
Provisions of the Bankruptcy Code and to  
Require the Trustee to Abandon Interest in Collateral  
Page 3 of 3

## CERTIFICATE OF SERVICE

On November 11, 2015, a copy of the foregoing was served via electronic mail, upon the parties listed below.

Louis W. Ringger  
Attorney at Law  
222 West Baltimore Street Suite B  
Jackson, TN 38301

Michael T. Tabor  
Trustee  
203 South Shannon  
P.O. Box 2877  
Jackson, TN 38302-2877

Joel W. Giddens  
James Bergstrom  
Theodore K. Cummins  
WILSON & ASSOCIATES, P.L.L.C.  
5050 Poplar, Suite 1015  
Memphis, Tennessee 38157

*/s/ Joel W. Giddens*  
Joel W. Giddens  
James Bergstrom  
Theodore K. Cummins  
WILSON & ASSOCIATES, P.L.L.C.  
5050 Poplar, Suite 1015  
Memphis, Tennessee 38157  
(901) 578-9914

**NAMES AND ADDRESSES OF ENTITIES SERVED VIA U.S. MAIL:**

Robert D. Cupples  
Debtor  
1875 Dry Creek Road  
Pinson, TN 38366

W&A No. 929-307530  
Loan No. XXXXXX6167

Case No. 15-11694  
Chapter 7  
Order Granting Motion for Relief from the Automatic Stay  
Provisions of the Bankruptcy Code and to  
Require the Trustee to Abandon Interest in Collateral  
Page 4 of 3

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:    ROBERT D. CUPPLES,<br>AKA ROBERT DEWAYNE CUPPLES<br>Debtor. | Case No. 15-11694-JLC<br>Chapter 7 |

### CERTIFICATE OF COMPLIANCE WITH L.B.R. 9013-1

I, the undersigned, hereby certify compliance with L.B.R. 9013-1 of the United States Bankruptcy Court for the Western District of Tennessee. Further to the best of my information and belief upon search and/or inquiry with the Bankruptcy Clerk's Office, no party in interest has filed an objection to the pleading or order styled Motion for Relief from Automatic Stay that was filed on October 15, 2015.

Attorneys for Movant

*/s/ Joel W. Giddens*
Joel W. Giddens (16700)
James Bergstrom (20622)
Theodore K. Cummins (24381)
WILSON & ASSOCIATES, P.L.L.C.
5050 Poplar, Suite 1015
Memphis, Tennessee 38157
Phone: (901) 578-9914
Fax: (901) 578-9917